KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>     Plaintiff,  )<br>            )<br>     v.  )<br>            )<br>FRANK TYRAN CLARK,  )<br>            )<br>     Defendant.  )<br>_____ ) | No. CR 05-00568 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 13, 2005 TO OCTOBER 11, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on September 13, 2005 for arraignment. With the agreement of the parties, and with the consent of the Defendant, the Court enters this order scheduling an initial appearance before Chief District Judge Vaughn R. Walker on October 11, 2005, at 10:30 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 13, 2005 to October 11, 2005. The parties agreed, and the Court found and held, as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act. The government has not yet produced discovery to the Defendant, although it expects to do so shortly. The Defendant's

STA EXCLUSION ORDER
CR 05-00568 VRW                                         1

1  counsel will thereafter need time to review and analyze the written and non-written discovery.  Failure
2  to grant the requested continuance would unreasonably deny defense counsel reasonable time
3  necessary for effective preparation, taking into account counsel's need to review discovery and confer
4  with her client.
5          2. Given these circumstances, the Court found that the ends of justice served by excluding the
6  periods from September 13, 2005 to October 11, 2005, outweigh the best interest of the public and
7  the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
8          3. Accordingly, and with the consent of the defendant, the Court ordered that the periods from
9  September 13, 2005 to October 11, 2005, be excluded from Speedy Trial Act calculations under 18
10 U.S.C. § 3161(h)(8)(A) & (B)(iv).
11         IT IS SO ORDERED.

13 DATED:  September 15, 2005

                                                    _____
                                                    THE HON. JOSEPH C. SPERO
                                                    United States Magistrate Judge

STA EXCLUSION ORDER
CR 05-00568 VRW                                2