1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division
3 | TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney
4
  | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102
Telephone: (415) 436-6917
6 | Facsimile: (415) 436-7234

7 | Attorneys for Plaintiff

8 | Attorneys for Plaintiff UNITED STATES OF AMERICA

9 | GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green
10 | 5214-F Diamond Heights Blvd., Suite 332
San Francisco, CA 94131-2175
11 | Telephone: (415) 575-3235
Facsimile: (415) 648-7648
12
Attorney for Defendant FRANK T. CLARK
13

E-filing

**FILED**

NOV 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-05-00568-VRW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS FOR FRANK TYRAN CLARK TO INCLUDE TRAVEL |
| FRANK TYRAN CLARK, et al., | ) |
| Defendants. | ) |

1. Frank Tyran Clark has been released from custody while awaiting trial in the above-captioned matter subject various conditions, one of which is that he not travel outside the Northern and Eastern Districts of California.

2. Mr. Clark's minor son is a player on the Palo Alto Pop Warner Jr. Midgets, a local football team. The Midgets won the Pacific Northwest Regional Championship on Sunday, November 28, 2005, and will therefore advance to the national championships which is held in

STIP. AND [PROP.] ORDER
FOR TRAVEL, CR-05-00568-VRW

1  Orlando, Florida this year. The parents of the players and the team will be staying at the Disney
2  All-Star Resort having departed on December 1, 2005 returning, Sunday, December 11, 2005.
3      3.   Pursuant to Local Rule 7-11, the parties stipulate and agree that this travel
4  condition may be modified as follows:
5      That Defendant Frank T. Clark may accompany his family to Orlando, Florida
6  between December 1, 2005 and December 11, 2005.
7      4.   The parties appeared before the Honorable Vaughn R. Walker on November 8,
8  2005. The Court scheduled a further status hearing on December , 2005 at 10:30 a.m. The
9  parties agreed to, and the Court ordered, an exclusion of time under the Speedy Trial Act.
10     5.   The parties further agree and stipulate that the status conference presently set for
11 December 6, 2005 at 10:30 a.m. be continued to December 13, 2005 10:30 a.m., in order to allow
12 for Mr. Clark to travel to Orlando with his son. As there remain discovery matters still
13 outstanding, the additional time will be necessary to resolve these issues, and the parties agree
14 that this time, also, should be excluded under the Speedy Trial Act for effective preparation.
15     5.   Sandra Hall is the officer at Pre-trial Services in Sacramento who is monitoring
16 Mr. Clark as a courtesy to the Northern District. She reported to defense counsel on November
17 23 and again on the November 28, 2005 that Mr. Clark is in full compliance with his release
18 conditions and that she has no objection to the agreed upon modification.
19 SO STIPULATED AND AGREED.
20 DATED: November __, 2005

21                              Respectfully submitted,
22                              KEVIN V. RYAN
                                United States Attorney
23
                                /s/
24                              TRACIE BROWN
                                Assistant United States Attorney
25
   DATED: November __, 2005
26
27                              /s/
                                GERI LYNN GREEN
28                              Attorney for Plaintiff
                                FRANK T. CLARK

STIP. AND [PROP.] ORDER
FOR TRAVEL, CR-05-00568-VRW                                              Page 2

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

2  Frank Tyran Clark's conditions of pre-trial release are hereby modified to include his
3  travel to Orlando, Florida between December 1, 2005 with his return on December 11, 2005.

4  The December 6, 2005 status conference date is to be rescheduled for December 13,
5  2005, at 10:30 a.m. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),
6  from December 6, 2005 to December 13, 2005.

7

8  Dated: _____, 2005

9
10
      _____
      The Honorable Vaughn R. Walker
11    United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. AND [PROP.] ORDER
FOR TRAVEL, CR-05-00568-VRW                                                          Page 3