E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

**FILED**

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney

DEC 1 5 2005

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  Attorneys for Plaintiff

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,       )  No. CR 05 00568 VRW
                                     )
14 |        Plaintiff,                )  [PROPOSED] ORDER AND STIPULATION
                                     )  EXCLUDING TIME FROM OCTOBER 11,
15 |   v.                             )  2005 TO DECEMBER 8, 2005 FROM THE
                                     )  SPEEDY TRIAL ACT CALCULATION
16 | FRANK TYRAN CLARK and LARRY     )  (18  U.S.C.  §  3161(h)(8)(A))  AS  TO
   | McGEE,                          )  DEFENDANT FRANK TYRAN CLARK
17                                   )
   |        Defendants.              )
18 |_____

19     The parties appeared before the Honorable Vaughn R. Walker on October 11, 2005 and

20 November 8, 2005. The Court enters this order scheduling a further status hearing on December

21 8, 2005 at 10:30 a.m., and documenting the exclusion of time under the Speedy Trial Act, 18

22 U.S.C. § 3161(h)(8)(A), from October 11, 2005 to December 6, 2005. The parties agreed, and

23 the Court found and held, as follows:

24     1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to

25 grant the requested continuance would unreasonably deny defense counsel reasonable time

26 necessary for effective preparation, taking into account the exercise of due diligence, the need for

27 counsel to analyze the recently-provided discovery and further meet with the defendant, and

28 would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00568 VRW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 11, 2005 to December 8, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 11, 2005 to December 8, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing on December 6, 2005, at 10:30 a.m., before the Honorable Vaughn R. Walker, for further status.

IT IS SO STIPULATED.

DATED: _____11/14/05_____         /s/
                                      TRACIE L. BROWN
                                      Assistant United States Attorney


DATED: _____                /s/
                                      GERI LYNN GREEN
                                      Attorney for FRANK TYRAN CLARK

IT IS SO ORDERED.

DATED: 15 DEC 2005

                                      THE HON. VAUGHN R. WALKER
                                      United States District Judge

STIPULATION AND ORDER
CR 05-00568 VRW                       2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 11, 2005 TO DECEMBER 8, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AS TO DEFENDANT FRANK TYRAN CLARK

to be served this date on the party(ies) in this action,

**Via Hand Delivery**
**Ms. Geri Lynn Green**
**Attorney for Frank Tyran Clark**
**5215-F Diamond Heights Blvd., #332**
**San Francisco, CA 94131**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 23, 2005

_____/S/_____
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND ORDER
CR 05-00568 VRW                3