1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6917
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   No. CR 05 00568 VRW
                                        )
14         Plaintiff,                   )   [PROPOSED] ORDER AND STIPULATION
                                        )   EXCLUDING TIME FROM DECEMBER
15     v.                               )   13, 2005 TO APRIL 11, 2006 FROM THE
                                        )   SPEEDY TRIAL ACT CALCULATION
16  FRANK TYRAN CLARK and LARRY         )   (18 U.S.C. § 3161(h)(8)(A)) AS TO
    McGEE,                              )   DEFENDANT FRANK TYRAN CLARK
17                                      )
           Defendants.                  )
18

19      The parties appeared before the Honorable Vaughn R. Walker on December 13, 2005. The

20  Court enters this order scheduling a motion hearing on April 11, 2006 at 10:30 a.m., and

21  documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) and

22  (h)(8)(A), from December 13, 2005 to April 11, 2006. The parties agreed, and the Court found

23  and held, as follows:

24      1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to

25  grant the requested continuance would unreasonably deny defense counsel reasonable time

26  necessary for effective preparation, taking into account the exercise of due diligence and the need

27  for counsel to further discuss the remaining discovery issues. In addition, failure to grant the

28  requested continuance would deny both the defendant and the government continuity of counsel,

STIPULATION AND ORDER
CR 05-00568 VRW

in light of both counsel's trial schedules in January and February 2006.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 13, 2005 to April 11, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 13, 2005 to April 11, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a motion hearing on April 11, 2006, at 10:30 a.m., before the Honorable Vaughn R. Walker.

IT IS SO STIPULATED.

DATED: _____12/13/05_____        _____/s/_____
                                            TRACIE L. BROWN
                                            Assistant United States Attorney


DATED: _____12/16/05_____        _____/s/_____
                                            GERI LYNN GREEN
                                            Attorney for FRANK TYRAN CLARK

IT IS SO ORDERED.

DATED: January 6, 2006



_____
WALKER

STIPULATION AND ORDER
CR 05-00568 VRW                             2