| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |

**FILED**

FEB 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK TYRAN CLARK and LARRY McGEE,<br><br>    Defendants. | No. CR 05 00568 VRW<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 1, 2006 TO MARCH 10, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AS TO DEFENDANT LARRY McGEE |

The parties appeared before the Honorable Maria-Elena James on February 1, 2006 and February 10, 2006. The Court enters this order scheduling a hearing for identification of counsel at 9:30 a.m. on March 10, 2006, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from February 1, 2006 to March 10, 2006. The parties agreed, and the Court found and held, as follows:

1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, in light of the need to discuss issues related to retention of the undersigned counsel or appointment of panel counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00568 VRW

1  the period from February 1, 2006 to March 10, 2006, outweigh the best interest of the public and
2  the defendant in a speedy trial. Id. § 3161(h)(8)(A).
3    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
4  February 1, 2006 to March 10, 2006 be excluded from Speedy Trial Act calculations under 18
5  U.S.C. § 3161(h)(8)(A) & (B)(iv).
6    4. The Court scheduled a hearing for identification of counsel on March 10, 2006, at 9:30
7  a.m., before the Honorable Bernard Zimmerman.
8    IT IS SO STIPULATED.

10  DATED: _____                  /S/
                                        ─────────────────────
11                                       TRACIE L. BROWN
                                         Assistant United States Attorney

13  DATED: _____                  /S/
                                        ─────────────────────
14                                       PAUL DE MEESTER
                                         Attorney for LARRY McGEE

15    IT IS SO ORDERED.

17  DATED: 2-27-06
                                         ─────────────────────
18                                       THE HON. MARIA-ELENA JAMES
                                         United States Magistrate Judge

STIPULATION AND ORDER
CR 05-00568 VRW                              2