1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 188349)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6917
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   No. CR 05-00568 VRW
                                     )
            Plaintiff,                )
14                                   )
                                     )   STIPULATION AND [PROPOSED]
       v.                            )   ORDER CONTINUING DEFENDANT'S
15                                   )   MOTION AND EXCLUDING TIME
    FRANK TYRAN CLARK, et al.        )   FROM THE SPEEDY TRIAL ACT
16                                   )   CALCULATION AS TO FRANK TYRAN
            Defendants.              )   CLARK
17  _____)

18

19

20      The parties appeared before the Court on December 13, 2005 for a status hearing and

21  setting of a motions hearing date. Pursuant to the schedule set by the Court, the Defendant filed

22  his Motion to Disclose Identity of Confidential Informants ("Motion") on March 7, 2006. The

23  government's opposition brief is currently due on March 21, 2006. However, the parties believe

24  that further meet and confer discussions may obviate some, if not all, of the Motion. The parties

25  therefore jointly request that the Motion, currently set for hearing on April 11, 2006, be

26  continued until May 16, 2006, with the government's opposition brief due on April 25, 2006 and

27  the Defendant's reply due on May 2, 2006. The additional time is needed for discussions

28  between the parties (as well as the DEA) and as the government's counsel is set for trial the week

CR 05-568 VRW
STIP. & [PROP.] ORDER CONT'G MTN.          1

1  of March 27, 2006.

2  As the Defendant's Motion will remain pending, time is excluded pursuant to the Speedy
3  Trial Act.

4  Accordingly, with the agreement of the parties, and with the consent of the Defendant, the
5  Court enters this order as follows:

6  1. The Motion, currently set for hearing on April 11, 2006, is continued until May 16,
7  2006, with the government's opposition brief due on April 25, 2006 and the Defendant's reply
8  brief due on May 2, 2006.

9  2. The time from March 7, 2006 to May 16, 2006 is excluded from Speedy Trial Act
10 calculations pursuant to 18 U.S.C. § 3161(h)(1)(F).

IT IS SO STIPULATED.

DATED: _____3/15/06_____           _____/S/_____
                                                TRACIE L. BROWN
                                                Assistant United States Attorney


DATED: _____                    _____/S/_____
                                                GERI LYNN GREEN
                                                Attorney for Frank Tyran Clark


IT IS SO ORDERED.

DATED: March 24, 2006



CR 05-568 VRW
STIP. & [PROP.] ORDER CONT'G MTN.    2