KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK TYRAN CLARK, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 05-00568 VRW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING FROM SEPTEMBER 5, 2006 TO OCTOBER 17, 2006 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The parties appeared before the Court on May 30, 2006 for a status hearing and trial setting. At that time, with the consent of the parties, the Court excluded the period from May 30, 2006 to September 5, 2006 from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel. The Court scheduled trial to begin on September 5, 2006.

    On August 1, 2006, the parties appeared to inform the Court that the Defendants had both agreed to plead guilty. The Court accordingly changed the September 5, 2006 trial date to a change of plea hearing.

    Due to unforeseen circumstances relating to government counsel's childcare situation, counsel for the government will not be available on the morning of September 5. The parties are

CR 05-568 VRW
STIP. & [PROP.] ORDER CONT'G PLEA    1

in the process of finalizing plea agreements, a task made difficult by scheduling conflicts with both defendants' counsel.

The parties therefore stipulate and request the Court to continue the change of plea date from September 5, 2006 to October 17, 2006, the next Tuesday on which all counsel and the Court are available. Given the need to negotiate final plea agreements and the trial schedule of counsel for defendant Larry McGee, the parties stipulate that the time from September 5, 2006 to October 17, 2006 is properly excludable for effective preparation and continuity of counsel.

IT IS SO STIPULATED.

DATED: _____        _____/s/_____
                                    TRACIE L. BROWN
                                    Assistant United States Attorney


DATED: _____        _____/s/_____
                                    GERI LYNN GREEN
                                    Attorney for Frank Tyran Clark



DATED: _____        _____/s/_____
                                    JAMES GILLER
                                    Attorney for Larry McGee

IT IS SO ORDERED. The change of plea hearing will be continued September 5, 2006 to October 17, 2006 at 10:30 a.m. For the reasons set forth above, the time is excludable from the Speedy Trial Act on the grounds of effective preparation and continuity of counsel.

DATED: 08/24/06                     _____
                                    THE HON. VAUGHN R. WALKER
                                    United States Chief District Judge

CR 05-568 VRW
STIP. & [PROP.] ORDER CONT'G PLEA        2