1  GERI LYNN GREEN, ESQ. (CSBN 127709)
   Law Offices of Geri Lynn Green, LC
2  5214-F Diamond Heights Blvd., Suite 332
   San Francisco, CA 94131-2175
3  Telephone: (415) 575-3235
   Facsimile:  (415) 648-7648
4
   Attorney for Defendant FRANK T. CLARK
5

6               UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA,        )   No.  CR-05-00568-VRW
10                                  )
          Plaintiff,                )
11                                  )   STIPULATION AND [~~PROPOSED~~]
       vs.                          )   ORDER FOR ORDER TO CONTINUE
12                                  )   AND EXCLUDE TIME
   FRANK TYRAN CLARK and LARRY      )
13 McGEE, Jr., et al.,              )
                                    )
14        Defendants.               )
                                    )
15 _____

16     THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the date, now set

17 for judgement and sentencing, February 13, 2007, be continued to ~~May 15, 2007 at 2:30 p.m.~~ June 5, 2007 at 10:30 a.m.

18 The parties further stipulate and agree to an exclusion of time under the Speedy Trial Act from

19 February 13, 2007 to ~~May 15, 2007~~ June 5, 2007.

20     As set forth in detail the accompanying declaration of counsel, the ends of justice served by

21 granting the continuance outweigh the best interest of the public and the defendant in a

22 speedy trial, where the failure to grant the requested exclusion would deny defense counsel

23 reasonable time necessary for effective preparation of the defense taking into account the

24 exercise of due diligence and for continuity of counsel.

25 / / /

26 / / /

27 / / /

28

STIP. AND [PROP.] ORDER
FOR TRAVEL, CR-05-00568-VRW

1     Therefore exclusion of time is made under to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).

2 DATED: February 7, 2007

3                                 Respectfully submitted,

4                                 KEVIN V. RYAN
                                United States Attorney

5

6                                 /S/
                                ERIKA FRICK
                                Assistant United States Attorney

7 DATED: February 7, 2007

8

9                                 /S/
10                                GERI LYNN GREEN
                               Attorney for Defendant
                               FRANK T. CLARK

11 DATED: February 7, 2007

12

13                                 /S/
14                                JIM GILLER
                               Attorney for Defendant
15                                LARRY McGEE, Jr.

16 IT IS SO ORDERED.

17 Dated:  February 13 , 2007

18

19                                The Honorable Vaughn R Walker
                               United States District Judge

[GRANTED — signed by Judge Vaughn R Walker; seal of United States District Court, Northern District of California]

| | |
|---|---|
| 1 | GERI LYNN GREEN, ESQ. (CSBN 127709)<br>Law Offices of Geri Lynn Green, LC |
| 2 | 5214-F Diamond Heights Blvd., Suite 332<br>San Francisco, CA 94131-2175 |
| 3 | Telephone: (415) 575-3235<br>Facsimile: (415) 648-7648 |

Attorney for Defendant FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00568-VRW |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION AND |
| FRANK TYRAN CLARK and LARRY McGEE, Jr., et al., | ) | [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME |
| Defendants. | ) | |

I, GERI LYNN GREEN, hereby declare:

I am attorney licensed to practice in the State of California and before this Court, and the attorney of record for defendant FRANK TYRAN CLARK in this matter.

It is respectfully requested that the date for judgement and sentence, presently scheduled for February 13, 2007, be continued to May 15, 2007 at 2:30 p.m., due to the need for further time for preparation of the probation report and sentencing mermoranda.

The parties appeared before the Court on October 31, 2006 for a change of plea. At that time, the Court set the date for judgment and sentencing to February 13, 2007. Neither defendant has been interviewed by probation.

I am informed and believe that Jim Giller, attorney for LARRY McGEE, Jr., has been in jury trial in the special circumstances death penalty case of *People v. Demolle* in Alameda County since last September. Due to his trial schedule, Mr. McGEE has not been interviewed by probation. It is anticipated that the trial will end around the first week of May. It is therefore requested that the sentencing date be continued to May 15, 2007.

Declaration of Counsel for Order Continuing
Sentencing Hearing CR-05-00568-VRW

Page 3

1  Geri Green, attorney for Frank Clark has been in trial over the past three weeks, and had to
2  attend to a gravely ill parent during much of December and January.  Accordingly, it has been
3  difficult to schedule a probation interview for Mr. Clark.
4  More time will be needed by the parties and the probation officer in order to properly prepare
5  for the sentencing hearing, preparation of the pre-sentence report and sentencing memoranda.
6  The parties therefore stipulate and request the Court to continue the sentencing date from
7  February 13, 2007, to May 15, 2007, in order to provide the necessary time for proper preparation
8  of the probation report and sentencing memoranda and preparation for hearing.
9  Given the need to conduct the probation interview and the preparation of sentencing
10 memoranda, the parties stipulate that the time from February 13, 2006, to May 15, 2007, is
11 properly excludable for effective preparation and continuity of counsel.
12 Based on the above, the parties respectfully request that this Court find good cause for the
13 requested continuance and exclusion of time under the Speedy Trial Act, in order to allow
14 further time necessary for effective preparation and continuity of counsel, pursuant to 18 U.S.C.
15 §§ 3161(h)(8)(A) and (h)(8)(B)(iv).
16 I declare under penalty of perjury that the foregoing is true and correct, except for that which
17 I have stated on information and belief, that I believe true.  This declaration is executed on
18 February 7, 2007, at San Francisco, California.
19
20              /s/
          Geri Lynn Green
21
22
23
24
25
26
27
28

Declaration of Counsel for Order Continuing
Sentencing Hearing  CR-05-00568-VRW                                            Page 4