SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff UNITED STATES OF AMERICA

GERI LYNN GREEN, ESQ. (CSBN 127709)
    Law Offices of Geri Lynn Green
    5214-F Diamond Heights Blvd., Suite 332
    San Francisco, CA 94131-2175
    Telephone: (415) 575-3235
    Facsimile:  (415) 648-7648

Attorney for Defendant FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK TYRAN CLARK, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR-05-00568-VRW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCE FOR DEFENDANT FRANK TYRAN CLARK** |

      The date presently set for judgment and sentencing is June 5, 2007.  A detailed investigation of defendant FRANK TYRAN CLARK`s background and analysis of Guidelines sentencing factors applicable to the charges is essential to the preparation of defendant`s case at the sentencing hearing.

      In preparation for his meeting with the probation officer for his pre-sentence report interview, Mr.  CLARK presented significant issues involving his childhood and personal history

STIP. AND [PROP.] ORDER
FOR Continuance of J and S, CR-05-00568-VRW

1  and characteristics which the Defendant feels have impacted his mental health. These problems
2  are relevant here as cause for Mr. Clark's misstep into criminal behavior after decades of being a
3  good citizen to his community, family and self.  These problems are also relevant to Mr. CLARK
4  receiving appropriate treatment for his mental conditions as well as his substance abuse and/or
5  medication, and the Defendant feels these mental issues considerably contributed to his
6  involvement in this offense.
7       This request for a continuance is based on the grounds that a detailed investigation of
8  defendant CLARK`s background and analysis of Guidelines sentencing factors applicable to the
9  charges is essential to the preparation of defendant`s case at the sentencing hearing.  This is
10 necessary for effective, competent, and thorough representation.
11      Sentencing on this case is somewhat complicated.   There are complicated issues which
12 need to be raised in light of the recent decision of the U.S. Supreme Court  in *United States v.*
13 *Booker*, 125 S.Ct. 738 (2005).   As a result, Mr. CLARK has requested a forensic psychologist be
14 appointed who can help present a more accurate account of defendant and his conduct, and
15 assistance in insuring that all of the factors which should be presented at sentencing will be
16 raised.
17      The parties therefore stipulate and request the Court to continue the sentencing date from
18 June 5, 2007, to June 26, 2007, or such other later date as may be convenient for the Court.
19 IT IS SO STIPULATED.
20 DATED: March 29, 2007

21                              Respectfully submitted,
22                              SCOTT N. SCHOOLS
                                United States Attorney
23
24                               \_\_\_\_/S/_____
                                TRACIE BROWN
                                Assistant United States Attorney
25

26 DATED: March 29, 2007

27                               \_\_\_\_/S/_____
                                GERI LYNN GREEN
28                              Attorney for Plaintiff

STIP. AND [PROP.] ORDER
FOR Continuance of J and S, CR-05-00568-VRW                              Page 2

1  FRANK T. CLARK
2      IT IS SO ORDERED. The sentencing hearing will be continued from June 5, 2007, to
3  June 26, 2007, at 10:30 a.m.
4
5  DATED: March 30, 2007



The Honorable Vaughn R. Walker
United States District Judge

STIP. AND [PROP.] ORDER
FOR Continuance of J and S, CR-05-00568-VRW                                                                 Page 3