GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green, LC
5214-F Diamond Heights Blvd., Suite 332
San Francisco, CA 94131-2175
Telephone: (415) 575-3235
Facsimile:  (415) 648-7648

Attorney for Defendant FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00568-VRW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| vs. ) | ORDER FOR ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| FRANK TYRAN CLARK, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the date now set for judgement and sentencing for Defendant Frank Tyran Clark, June 26, 2007, be continued to July 3, 2007 at 10:30 a.m.  As set forth in detail the accompanying declaration, Defendant's counsel believes it needs additional time to address the Probation Officer's PSR, and the government has no objection to this continuance.

   Counsel for the government has cleared the July 3, 2007 date with both the Probation Officer and the Court's Courtroom Deputy.

/ / /

/ / /

/ / /

STIP. AND [PROP.] ORDER
CR-05-00568-VRW

| | |
|---|---|
| 1 | |
| 2 | DATED: June 19, 2007 |
| | Respectfully submitted, |
| 3 | SCOTT SCHOOLS |
| 4 | United States Attorney |
| 5 | /s/_____ |
| | TRACIE BROWN |
| 6 | Assistant United States Attorney |
| 7 | DATED: June 19, 2007 |
| 8 | |
| 9 | /s/_____ |
| | GERI LYNN GREEN |
| | Attorney for Defendant |
| 10 | FRANK T. CLARK |

IT IS SO ORDERED.

Dated: __6/26__, 2007

_____
The Hon.
Chief

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIP. AND [PROP.] ORDER
CR-05-00568-VRW

Page 2

GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green, LC
5214-F Diamond Heights Blvd., Suite 332
San Francisco, CA 94131-2175
Telephone: (415) 575-3235
Facsimile: (415) 648-7648

Attorney for Defendant FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRANK TYRAN CLARK, et al., )<br>)<br>Defendants. )<br>_____ ) | No. CR-05-00568-VRW<br><br>DECLARATION OF COUNSEL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |

I, GERI LYNN GREEN, hereby declare:

I am attorney licensed to practice in the State of California and before this Court, and the attorney of record for defendant FRANK TYRAN CLARK in this matter.

It is respectfully requested that the date for judgement and sentence, presently scheduled for June 26, 2007, be continued to July 3, 2007 at 10:30 a.m., due to the need for further time for preparation of the probation report and sentencing memoranda.

In the final pre-sentence report, the probation officer raised issues not previously raised in her proposed report. These issues require defense counsel to conduct research in order to determine how to respond. The government does not object to a brief continuance for this purpose. It is therefore requested that the sentencing date be continued to July 3, 2007. This date has been cleared with the Probation Officer and the Court's Courtroom Deputy.

The parties therefore stipulate and request the Court to continue the sentencing date from June 26, 2007, be continued to July 3, 2007, in order to prepare for the sentencing hearing.

Based on the above, the parties respectfully request that this Court find good cause for the

Declaration of Counsel for Order Continuing
Sentencing Hearing  CR-05-00568-VRW                                        Page 3

1 | requested continuance in order to allow further time necessary for effective preparation and
2 | continuity of counsel.
3 |     I declare under penalty of perjury that the foregoing is true and correct, except for that which
4 | I have stated on information and belief, that I believe true. This declaration is executed on June
5 | 19, 2007, at San Francisco, California.

                                                         /s/
                                       Geri Lynn Green