GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green, LC
700 Montgomery
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile:  (415) 358-4562

Attorney for Defendant
FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-05-00568-VRW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER FOR EXONERATION OF** |
| ) | **BOND** |
| FRANK TYRAN CLARK, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The conditions of the original appearance bond have been satisfied in accordance with

Fed.R.Crim.P. 46(f) and that the bond should be exonerated.  Accordingly, the parties stipulate

and  request the court to order that the Clerk of Court return all property and/or papers relating to

the collateral bail including mortgage deeds, notes, tax receipts and other documents filed with

the Court to secure the release of the Defendant, to the Recipient listed below:

Joseph F. Colbert
112 Pilot Hill Court
Vallejo, CA 94589

The Defendant is responsible for extinguishing any liens which may have been registered against the collateral bail documents and/or property.

IT IS SO STIPULATED.

DATED: December 10, 2007

Respectfully submitted,

                                SCOTT SCHOOLS
                                United States Attorney

                                _____/s/_____
                                TRACIE BROWN
                                Assistant United States Attorney

DATED: December 7, 2007

                                ____/s/_____
                                GERI LYNN GREEN
                                Attorney for Plaintiff
                                FRANK T. CLARK

IT IS SO ORDERED. The Clerk of Court shall return all property and/or papers relating to the collateral bail including mortgage deeds, notes, tax receipts and other documents filed with the Court to secure the release of the Defendant, to the Recipient listed below:

Joseph F. Colbert
112 Pilot Hill Court
Vallejo, CA 94589

The Defendant is responsible for extinguishing any liens which may have been registered against the collateral bail documents and/or property.

DATED: December 12, 2007

_____
The Hon.
United States

*GRANTED — Judge Vaughn R Walker*

Page 2