JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6674
Facsimile: (415) 436-7234
E-mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

GERI LYNN GREEN, ESQ. (CSBN 127709)
Law Offices of Geri Lynn Green, LC
700 Montgomery
San Francisco, CA 94111
Telephone: (415) 982-2600
Facsimile: (415) 358-4562

Attorney for Defendant FRANK T. CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No.  CR-05-00568-VRW |
|                                ) | |
|          Plaintiff,            ) | **STIPULATION REGARDING** |
|                                ) | **SENTENCE REDUCTION UNDER** |
|          vs.                   ) | **U.S.S.G. AMENDMENT 706 (AS** |
|                                ) | **AMENDED BY 711)** |
| FRANK TYRAN CLARK, et al.,      ) | |
|                                ) | |
|          Defendants.           ) | |
| _____) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting

through their respective counsel, that:

1.    Defendant's original guideline calculation was as follows:

       Total Offense Level:   25

       Criminal History Category:    1

       Guideline Range:       57 - 71 mo.

STIP. AND [PROP.] ORDER
REDUCING SENTENCE, CR-05-00568-VRW

Mandatory Minimum:        N/A

2.    Defendant was sentenced to 57 months imprisonment on July 3, 2007.

3.    Defendant's current projected release date is April 21, 2012.

4.    Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582 (c); USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

5.    Defendant's revised guideline calculation is as follows:

Total Offense Level:   23

Criminal History Category:    1

Guideline Range:        46 - 57 mo.

6.    The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

7.    Based upon the foregoing the parties hereby stipulate that a sentence of 46 months is appropriate in this matter.

8.    The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

9.    Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P.43, 18 U.S.C. § 3582(c)(2); *United States v. Booker,* 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

10.   Defendant waives his right to appeal the district court's sentence.

11.   Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and

\\\

\\\

\\\

USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual.*

SO STIPULATED AND AGREED.

DATED: December 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/_____
TRACIE BROWN
Assistant United States Attorney

DATED: December 22, 2008

/S/_____
GERI LYNN GREEN
Attorney for Plaintiff
FRANK T. CLARK

**ORDER**

Based on the above stipulation, the Court hereby **ORDERS**, that:

1.  In light of the parties joint stipulation, the Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2.  **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 46 months.** All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3.  Defendant's original guideline calculations was as follows:

Total Offense Level:   25

Criminal History Category:   1

Guideline Range:   57 - 71 mo.

\\\

\\\

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c); USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual;

5. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   23

   Criminal History Category:    1

   Guideline Range:        46 - 57 mo.

6. Defendant was waived his right to hearing in this matter pursuant to Fed. R. Crim. P.43, 18 U.S.C. § 3582(c)(2); *United States v. Booker,* 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

7. Defendant has waived his right to appeal the sentenced imposed by this Order.

Date: _____, 2009
         February 13

_____
The Honorable Vaughn R. Walker
Chief United States District Court Judge

1

2

3  Z:\Clients\CRIMINAL CASES\Clark\Stip re sentence reduction 12-22-08 FINAL.wpd

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28